```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HETTY A. VIERA, as the      :    CIVIL ACTION
executrix of THE ESTATE OF  :    NO. 09-3574
FREDERICK A. VIERA, and HETTY :
A. VIERA, individually,     :
                            :
        Plaintiffs,         :
                            :
        v.                  :
                            :
LIFE INSURANCE COMPANY OF,  :
NORTH AMERICA,              :
                            :
        Defendant.          :
```

## O R D E R

AND NOW, this **6th** day of **April 2010,** for the reasons
stated in the accompanying Memorandum, it is hereby **ORDERED** as
follows:

    (1) Defendant CIGNA Group Insurance/Life Insurance Company
of North America's motion for summary judgment (doc. no. 23) is
**GRANTED;** and

    (2) Plaintiffs' motion for summary judgment (doc. no. 26) is
**DENIED.**


        **AND IT IS SO ORDERED.**

                         S/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**