IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HETTY A. VIERA, as the         :    CIVIL ACTION
executrix of THE ESTATE OF     :    NO. 09-3574
FREDERICK A. VIERA, and HETTY  :
A. VIERA, individually,        :
                               :
     Plaintiff,                :
                               :
     v.                        :
                               :
LIFE INSURANCE COMPANY OF      :
NORTH AMERICA,                 :
                               :
     Defendant.                :


**O R D E R**

**AND NOW**, this **14th** day of **May, 2012**, it is hereby
**ORDERED** that Plaintiff's motion for additional discovery (ECF
No. 47) is **DENIED**.

It is hereby further **ORDERED** that the parties shall
meet and confer and submit to the Court a proposed scheduling
order by **May 24, 2012**.


**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**