IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HETTY A. VIERA, as the executrix of THE ESTATE OF FREDERICK A. VIERA, and HETTY A. VIERA, individually, | : : : : : | CIVIL ACTION NO. 09-3574 |
| Plaintiff, | : : | |
| v. | : : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : : : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **3rd** day of **August, 2012**, it is hereby **ORDERED** that Plaintiff may file a motion for attorneys' fees, as well as for pre-judgment and post-judgment interest, by **September 3, 2012**. Defendant shall respond by **September 17, 2012**.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.