```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| HETTY A. VIERA, as the executrix of THE ESTATE OF FREDERICK A. VIERA, and HETTY A. VIERA, individually,  Plaintiff,  v.  LIFE INSURANCE COMPANY OF NORTH AMERICA,  Defendant. | CIVIL ACTION NO. 09-3574 |

## O R D E R

**AND NOW**, this **25th** day of **June, 2013,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's motion for attorney's fees (ECF No. 71) is **DENIED**.

**It is further ORDERED** that Plaintiff's motion for leave to file a reply (ECF No. 74) is **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**