IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HETTY A. VIERA, as the executrix of THE ESTATE OF FREDERICK A. VIERA, and HETTY A. VIERA, individually, | : | CIVIL ACTION NO. 09-3574 |
| Plaintiff, | : | |
| v. | : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **25th** day of **June, 2013,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's motion for attorney's fees (ECF No. 71) is **DENIED.**

**It is further ORDERED** that Plaintiff's motion for leave to file a reply (ECF No. 74) is **GRANTED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**